Quarles & Brady LLP
Renaissance One
Two North Central Avenue, Suite 600
Phoenix, Arizona 85004-2391
Telephone 602.229.5200

Jason D. Curry (#026511)
jason.curry@quarles.com
Anthony F. Pusateri (#036206)
anthony.pusateri@quarles.com
Sargina M. Desargones (#036640)
sargina.desargones@quarles.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RunBuggy OMI, Inc., a Delaware corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>Direct Logistic Transport, LLC, a New York limited liability company.<br><br>                    Defendant. | Case No. CV-23-00834-PHX-SPL<br><br>**SUPPLEMENTAL JURISDICTIONAL STATEMENT AND DECLARATION OF CARLA WALTERS IN SUPPORT OF RUNBUGGY OMI, INC.'S SECOND MOTION FOR DEFAULT JUDGMENT** |

I, Carla Walters, hereby declare as follows:

1.      My name is Carla Walters. I am over eighteen years of age and am competent to testify herein.  I have personal knowledge of the matters stated in this Declaration.

2.      I am a paralegal with the law firm of Quarles & Brady LLP, which represents Plaintiff, RunBuggy OMI, Inc. ("Plaintiff") in the above-titled matter.

With regard to Defendant, Direct Logistic Transport, LLC:

3.      Attached hereto as **Exhibit 1** is the New York Department of State Corporation Division Entity Information for Direct Logistic Transport LLC showing that it is an active entity

QB\177938.00016\84080461.2

whose jurisdiction is in Florida.

4.      Attached hereto as **Exhibit 2** is the Florida Department of State, Division of Corporations entity detail for Direct Logistic Transport LLC showing that it is an active entity whose Manager and Authorized Member is Ian Brown, with an address in New York.

5.      Attached hereto as **Exhibit 3** is the Florida Department of State, Division of Corporations filing of Articles of Organization for Direct Logistic Transport showing its Managers and Authorized Members are Ian Brown and Eric Brown, with addresses in New York.

With regard to Plaintiff, RunBuggy OMI, Inc.:

6.      As set forth in the *Declaration Of Jacob Patterson* (the "**Declaration**") attached as Exhibit "A" to the *Second Motion For Default Judgment* filed contemporaneously herewith, Plaintiff is a Delaware corporation with its principal place of business at 1377 Kettering Drive, Ontario, CA, 91761. Declaration, ¶ 4.

The records attached hereto as Exhibits 1 through 3 were obtained from records maintained online at:

**Exhibit 1**: New York Department of State, Division of Corporations Public Inquiry (ny.gov)

**Exhibits 2 and 3**: Florida Department of State, Division of Corporations Search Records - Division of Corporations - Florida Department of State (myflorida.com)

.   .   .

.   .   .

.   .   .

.   .   .

.   .   .

-2-

QB\177938.00016\84080461.2

I declare under the penalty of perjury that the foregoing is true and correct.

DATED this 14th day of August, 2023

_____
Carla Walters

QB\177938.00016\84080461.2

# Department of State
## Division of Corporations

## Entity Information

Return to Results     Return to Search

Entity Details ^

**ENTITY NAME:** DIRECT LOGISTIC TRANSPORT LLC

**FOREIGN LEGAL NAME:** DIRECT LOGISTIC TRANSPORT LLC

**ENTITY TYPE:** FOREIGN LIMITED LIABILITY COMPANY

**SECTIONOF LAW:** LIMITED LIABILITY COMPANY - 802 LIMITED LIABILITY COMPANY LAW - LIMITED LIABILITY COMPANY LAW

**DATE OF INITIAL DOS FILING:** 01/25/2023

**EFFECTIVE DATE INITIAL FILING:** 01/25/2023

**FOREIGN FORMATION DATE:** 12/16/2020

**COUNTY:** QUEENS

**JURISDICTION:** FLORIDA, UNITED STATES

**DOS ID:** 6710104

**FICTITIOUS NAME:**

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**ENTITY STATUS:** ACTIVE

**REASON FOR STATUS:**

**INACTIVE DATE:**

**STATEMENT STATUS:** CURRENT

**NEXT STATEMENT DUE DATE:** 01/31/2025

**NFP CATEGORY:**

ENTITY DISPLAY     NAME HISTORY     FILING HISTORY     MERGER HISTORY     ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** THE LLC

**Address:** 4602 21ST STREET #1646, LONG ISLAND CITY, NY, UNITED STATES, 11101

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Address

**Address:**

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|



# Detail by Entity Name

Florida Limited Liability Company
DIRECT LOGISTIC TRANSPORT LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L20000388809 |
| **FEI/EIN Number** | 86-1292027 |
| **Date Filed** | 12/16/2020 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 01/21/2022 |

**Principal Address**

341A EAST 76TH STREET
SUITE 132
NEW YORK, NY 10021

Changed: 01/21/2022

**Mailing Address**

341A EAST 76TH STREET
SUITE 132
NEW YORK, NY 10021

Changed: 01/21/2022

**Registered Agent Name & Address**

INCORPORATING SERVICES, LTD
1540 GLENWAY DR
TALLAHASSEE, FL 32301

Registered Agent Resigned: 03/27/2023

**Authorized Person(s) Detail**

**Name & Address**

Title MGR, AMBR

BROWN, IAN
341A EAST 76TH STREET
SUITE 132

NEW YORK, NY 10021

**Annual Reports**

| Report Year | Filed Date |
| --- | --- |
| 2021 | 01/21/2022 |
| 2022 | 01/21/2022 |

**Document Images**

| | |
| --- | --- |
| 03/27/2023 -- Reg. Agent Resignation | View image in PDF format |
| 01/21/2022 -- REINSTATEMENT | View image in PDF format |
| 12/16/2020 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

# L20000388809

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



000356565030



RECEIVED
2020 DEC 16 PM 12: 22
TALL... FLORIDA

C. RICO
DEC 1 2020

FILED
2020 DEC 16 AM 10: 13

**Incorporating Services, Ltd.**
1540 Glenway Drive
Tallahassee, FL 32301
850.656.7956
Fax: 850.656.7953
www.incserv.com
e-mail: accounting@incserv.com



# ORDER FORM

**TO** | Florida Department of State
The Centre of Tallahassee
2415 North Monroe Street, Suite 810
Tallahassee, FL 32303

corphelp@dos.myflorida.com

850-245-6051

**FROM**   Melissa Stops
mstops@incserv.com
850.656.7953

**REQUEST DATE** 12/16/2020     **PRIORITY**  Routine          **OUR REF # (Order ID#)** 876043

**ORDER ENTITY**
DIRECT LOGISTIC TRANSPORT LLC

**PLEASE PERFORM THE FOLLOWING SERVICES:**
**DIRECT LOGISTIC TRANSPORT LLC   ( FL)**

Please file the attached and provide a certified copy.

**NOTES:**
$155.00 Authorized
Email address for annual report reminders: jim@weinbergpc.com

**RETURN/FORWARDING INSTRUCTIONS:**
ACCOUNT NUMBER: I20050000052

Please bill the above referenced account for this order.

If you have any questions please contact me at 656-7956,

Sincerely,

Please bill us for your services and be sure to include our reference number on the invoice and
courier package if applicable.  For UCC orders, please include the thru date on the results.

## ARTICLES OF ORGANIZATION FOR FLORIDA LIMITED LIABILITY COMPANY

**ARTICLE I - Name:**
The name of the Limited Liability Company is:

DIRECT LOGISTIC TRANSPORT LLC

(Must contain the words "Limited Liability Company, "L.L.C.," or "LLC.")

**ARTICLE II - Address:**
The mailing address and street address of the principal office of the Limited Liability Company is:

<table>
<tr><td><u>Principal Office Address:</u></td><td><u>Mailing Address:</u></td></tr>
<tr><td>1461 1ST AVENUE</td><td>1461 1ST AVENUE</td></tr>
<tr><td>SUITE 132</td><td>SUITE 132</td></tr>
<tr><td>NEW YORK, NY 10075</td><td>NEW YORK, NY 10075</td></tr>
</table>

**ARTICLE III - Registered Agent, Registered Office, & Registered Agent's Signature:**
(The Limited Liability Company cannot serve as its own Registered Agent. You must designate an individual or another business entity with an active Florida registration.)

The name and the Florida street address of the registered agent are:

INCORPORATING SERVICES, LTD.
Name

1540 GLENWAY DRIVE
Florida street address (P.O. Box **NOT** acceptable)

| TALLAHASSEE | FLORIDA | 32301 |
|---|---|---|
| City | State | Zip |

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S..*

Registered Agent's Signature (REQUIRED)

**(CONTINUED)**

**ARTICLE IV-**

The name and address of each person authorized to manage and control the Limited Liability Company:

**Title:**

"AMBR" = Authorized Member

"MGR" = Manager

**Name and Address:**

MGR

ERIC BROWN
1461 1ST AVENUE, SUITE 132
NEW YORK, NY 10075

MGR

IAN BROWN
1461 1ST AVENUE, SUITE 132
NEW YORK, NY 10075

(Use attachment if necessary)

**ARTICLE V:** Effective date, if other than the date of filing: _____. (OPTIONAL)

**(If an effective date is listed, the date must be specific and cannot be more than five business days prior to or 90 days after the date of filing.)**

**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

**ARTICLE VI:** Other provisions, if any.

_____

_____

_____

**REQUIRED SIGNATURE:**

_Lawrence A. Kirsch_

**Signature of a member or an authorized representative of a member.**

This document is executed in accordance with section 605.0203 (1) (b), Florida Statutes.
I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

LAWRENCE A. KIRSCH

Typed or printed name of signee

**Filing Fees:**

**$125.00 Filing Fee for Articles of Organization and Designation of Registered Agent**

**$ 30.00 Certified Copy (Optional)**

**$  5.00 Certificate of Status (Optional)**

ENTITY INFORMATION

Search Date and Time: 8/13/2023 1:57:57 PM

### Entity Details

| | | | |
|---|---|---|---|
| **Entity Name:** | RUNBUGGY OMI, INC. | **Entity ID:** | 23344027 |
| **Entity Type:** | Foreign For-Profit (Business) Corporation | **Entity Status:** | **Active** |
| **Formation Date:** | 3/3/2022 | **Reason for Status:** | In Good Standing |
| **Approval Date:** | 3/9/2022 | **Status Date:** | 3/15/2023 |
| **Original Incorporation Date:** | 1/1/2022 | **Life Period:** | Perpetual |
| **Business Type:** | Other - Automobile transportation software and technology platform. | **Last Annual Report Filed:** | 2023 |
| **Domicile State:** | DEWARE | **Annual Report Due Date:** | 3/3/2024 |
| | | **Years Due:** | |
| **Original Publish Date:** | | | |

### Statutory Agent Information

| | | | |
|---|---|---|---|
| **Name:** | Universal Registered Agents, Inc. | **Appointed Status:** | Active 3/9/2022 |
| **Attention:** | | | |
| **Address:** | 4254 W Orchid Ln, CHANDLER, AZ 85226, USA | | |
| **Agent Last Updated:** | 3/15/2023 | **E-mail:** | |
| **Attention:** | | **Mailing Address:** | |
| **County:** | Maricopa | | |

### Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Director | RICHARD ROMERO | | 1377 KETTERING DR., ONTARIO, CA, 91761, San Bernardino County, USA | | 3/9/2022 |
| President | RICHARD ROMERO | | 1377 KETTERING DR., ONTARIO, CA, 91761, San Bernardino County, USA | | 3/9/2022 |
| CEO (Chief Executive Officer) | KEVIN MALIK | | 1377 KETTERING DR., ONTARIO, CA, 91761, San Bernardino County, USA | | 3/9/2022 |
| Other Officer | STEVEN J. FLEURANT | | 1377 KETTERING DR., ONTARIO, CA, 91761, San Bernardino County, USA | | 3/9/2022 |
| President/CEO | PENNY REEVES | | 1377 KETTERING DR., ONTARIO, CA, 91761, San Bernardino County, USA | | 3/9/2022 |

Page 1 of 1, records 1 to 5 of 5

### Address

**Attention:** Legal     **Address:** 11201 North Tatum Blvd Suite 300 PMB 21702, PHOENIX, AZ, 85028, USA     **County:** Maricopa     **Last Updated:** 3/15/2023

### Entity Principal Office Address

**Attention:** RunBuggy OMI, Inc.     **Address:** 1377 Kettering Drive, ONTARIO, CA, 91761, USA     **County:** San Bernardino     **Last Updated:** 3/15/2023

Back     Return to Search     Return to Results          Document History     Name/Restructuring History     Pending Documents     Microfilm History

Arizona Corporation Commission - RECEIVED: 3/15/2023
Arizona Corporation Commission - FILED: 3/14/2023

23031512118331

# 2023 ANNUAL REPORT

## ENTITY INFORMATION

**ENTITY NAME:** RUNBUGGY OMI, INC.
**ENTITY ID:** 23344027
**ENTITY TYPE:** Foreign For-Profit (Business) Corporation
**CHARACTER OF BUSINESS:** Other - Automobile transportation software and technology platform.

**AUTHORIZED SHARES:**
Share Class: COMMON Share Series: Share Total: 20,000,000
Share Class: PREFERRED Share Series: Share Total: 11,749,566

**ISSUED SHARES:**
Share Class: COMMON Share Series: Share Total: 15,000,000
Share Class: PREFERRED Share Series: Share Total: ZERO

## STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:** Universal Registered Agents, Inc.
**PHYSICAL ADDRESS:** 4254 W Orchid Ln, CHANDLER, AZ 85226
**MAILING ADDRESS:**

## KNOWN PLACE OF BUSINESS

Att: Legal, 11201 North Tatum Blvd Suite 300 PMB 21702, PHOENIX, AZ 85028

## PRINCIPAL OFFICE ADDRESS

Att: RunBuggy OMI, Inc. , 1377 Kettering Drive, ONTARIO, CA 91761

## PRINCIPAL INFORMATION

CEO (Chief Executive Officer): KEVIN MALIK - 1377 KETTERING DR., ONTARIO, CA, 91761, USA - - Date of Taking Office:

Director: RICHARD ROMERO - 1377 KETTERING DR., ONTARIO, CA, 91761, USA - - Date of Taking Office:

Other Officer: STEVEN J. FLEURANT - 1377 KETTERING DR., ONTARIO, CA, 91761, USA - - Date of Taking Office:

President: RICHARD ROMERO - 1377 KETTERING DR., ONTARIO, CA, 91761, USA - - Date of Taking Office:

President/CEO: PENNY REEVES - 1377 KETTERING DR., ONTARIO, CA, 91761, USA - - Date of Taking Office:

## SIGNATURE

CEO (Chief Executive Officer): Kevin Malik - 03/15/2023