# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RunBuggy OMI Incorporated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Direct Logistic Transport LLC,<br><br>　　　　Defendant. | NO. CV-23-00834-PHX-SPL<br><br>**AMENDED DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendant Direct Logistic Transport LLC in the amount of $141,664.27.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

March 7, 2024

　　　　　　　　　　　　　　　s/ K. James
　　　　　　　　　　　By　　Deputy Clerk